

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00833-CR

Ramy A. **SISY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR3763
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 19, 2014.

Catherine Stone, Chief Justice